# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RONALD BRANDON,**

    Plaintiff,

v.

**COUNTY OF MUSKINGUM, OHIO,** *et al.*,

    Defendants.

Case No. 2:16-cv-1044

**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Elizabeth Preston Deavers**

## OPINION AND ORDER

The Court having denied Plaintiff's Motion for Summary Judgment against Defendants Steven Welker and Randy Wilson (*Op. & Order*, ECF No. 56), Defendants Steven Welker and Randy Wilson's Motion to Deny Plaintiff's Motion for Summary Judgment or, in the Alternative, Motion to Extend Defendants' Response Deadline (ECF No. 20), is **DENIED as MOOT**.

**IT IS SO ORDERED.**

3-29-2018
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**